1  Peter Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone: (415) 450-0100
5
   Attorneys for Plaintiff
6  THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-09252-RAO |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| 649 SOUTH OLIVE LLC, | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 6th day of December, 2023.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff