P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-9252 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| 649 SOUTH OLIVE LLC, | |
| Defendant. | |

    Plaintiff voluntarily dismisses the above case with prejudice; with each party to bear their own attorneys' fees, costs and expenses.

    RESPECTFULLY SUBMITTED this 8th day of February, 2024.

                                    /s/ Peter Kristofer Strojnik
                                    Peter Kristofer Strojnik (242728)
                                    Attorneys for Plaintiff